IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHERYL A. McNAMEE,

        Defendant.

ORDER

Case No.11-CR-142-BBC

---

The defendant in the above-entitled case has been:

__X__ convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

_____ The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____ acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: _4-15-13_.

BY THE COURT:

_[signature]_
STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO